IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06 - CV - 00561-BPB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

EMERSON FALLICE CALVERT,

    Plaintiff,

v.

DONALD BLAKE,
STEVE BURGESS,
THEODORE LYONS,
GARY BEEDY,
ROXANA DEVERS, and
LEROY YOWELL,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit

(5)  ___  affidavit is incomplete
(6)  ___  affidavit is not notarized or is not properly notarized
(7)  ___  names in caption do not match names in caption of complaint, petition or application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint or Petition:**
(10)  ___  is not submitted
(11)  _X_  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the Plaintiff
(13)  ___  is incomplete
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of March, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00561**-BNB

Emerson Fallice Calvert
1229 Thompson
Limon, CO 80828

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on __3-28-06__

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk