**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00561-REB-PAC

EMERSON FALLICE CALVERT,

    Plaintiff,

v.

LINCOLN COUNTY AND IT'S OFFICIALS, in it's official capacity, and
SHERIFF'S DEPARTMENT, in it's official capacity,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#34], filed November 13, 2006.  No objections having been filed to the recommendation, I review it only for plain error.  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition of the matters referred to him,[2] I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#34, filed

---

[1] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

[2] The recommendation has been entered by United States Magistrate Judge, Michael J. Watanabe on behalf of United States Magistrate Judge, Patricia A. Coan.

November 13, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's **Response to Docket #31 [sic]** [#33], filed October 10, 2006, is **GRANTED**;

3. That the court's **Minute Order** [#32], filed July 27, 2006, striking **Plaintiff Calvert's Verified Response to Defendant's Motion to Dismiss, Supplement to Motion to Dismiss and Reply to Motion to Dismiss** [#31], filed July 27, 2006, is **VACATED**, and the response is accepted for filing;

4. That defendants' **Combined Motion to Dismiss and Memorandum in Support Thereof** [#15], filed June 15, 2006, is **GRANTED**;

5. That the Trial Preparation Conference scheduled for October 12, 2007, at 10:30 a.m., as well as the trial to the court, currently set to commence on October 29, 2007, are **VACATED**;

6. That this action is **DISMISSED WITH PREJUDICE**; and

7. That plaintiff is **CAUTIONED, ADMONISHED,** and **WARNED** that the filing in this court of further frivolous lawsuits arising out of the October, 2003, judgment entered against him in *Board of County Commissioner's of the County of Lincoln v. Calvert*, Lincoln County District Court Case No. 02-cv-40, may subject plaintiff to sanctions pursuant to Fed.R.Civ.P. 11(b) or other applicable rules and statutes, which may include monetary sanctions, restrictions on plaintiff's ability to file further actions in the United States District Court for the District of Colorado, or otherwise.

Dated December 7, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**